# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259,
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Instructions are on page 2.

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | (203) 965-5308 | 12/29/2020 |

| | | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| [x] Judicial District  G.A. | | Stamford-Norwalk | Major: T   Minor: 12 |
| [ ] Housing Session  [ ] Number: | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Koskoff, Koskoff & Bieder, P.C., One Moss Avenue, Danbury, CT 06810 | 106111 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 792-7100 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [x] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): mesposito@koskoff.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Hazen, Terry L.  Address: 104 Dann Drive, Stamford, CT 06905 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Costco Wholesale Corporation   Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 1    [ ] Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [x] Commissioner of Superior Court  [ ] Clerk | Name of person signing |
|---|---|---|---|
| 12/08/2020 | /s/ James Wu | | James Wu |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

ORIGINAL

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

RETURN DATE: DECEMBER 29, 2020 : SUPERIOR COURT

TERRY L. HAZEN : JUDICIAL DISTRICT OF
                                  STAMFORD/NORWALK

VS. : AT STAMFORD

COSTCO WHOLESALE CORPORATION : DECEMBER 8, 2020

## COMPLAINT

1) At all times mentioned herein, the defendant COSTCO WHOLESALE CORPORATION (hereinafter referred to as "COSTCO") was and is a corporation authorized to do business within the State of Connecticut.

2) At all times mentioned herein, the defendant COSTCO owned, maintained and controlled a commercial building/warehouse located at 779 Connecticut Avenue in Norwalk, Connecticut (the "Premises").

3) On or about January 5, 2019, the plaintiff **TERRY L. HAZEN** was a business invitee on COSTCO's Premises.

4) As an accommodation to its shoppers, COSTCO maintains public restrooms for males and for females.

1

5) On January 5, 2019, while the plaintiff, **TERRY L. HAZEN**, was shopping at the COSTCO Premises, she needed to use a bathroom.

6) At that time, date, and place, the plaintiff **TERRY L. HAZEN** slipped and fell on the wet floor of the women's room in COSTCO's Premises.

7) This fall caused the plaintiff serious and painful injuries as set forth hereinafter.

8) This fall and the resultant injuries to the plaintiff were the direct and proximate result of the negligence and carelessness of the defendant **COSTCO** in one or more of the following ways, insofar as:

a) COSTCO failed to inspect this women's room on the Premises in order to make it reasonably safe for use by its business invitees when, in the exercise of reasonable care, this defendant could and/or should have done so;

b) COSTCO maintained this women's room in an unsafe and dangerous condition by permitting and allowing water to accumulate at a place where business invitees were expected to walk;

2

c) COSTCO failed to warn the plaintiff TERRY L. HAZEN of this dangerous condition, including but not limited to, placing warning signs in front of the women's room or at the entrance of the aforementioned women's room;

d) COSTCO failed to remedy this dangerous condition when it knew, or should have known, that this wet and slippery condition could cause injury to the plaintiff TERRY L. HAZEN and others; and

e) COSTCO failed to take reasonable precautions to protect the plaintiff TERRY L. HAZEN from this dangerous condition, including but not limited to mopping up or removing the accumulated water on the floor of this women's room.

9) The defendant COSTCO had actual notice of the aforesaid dangerous and defective conditions in this women's room.

10) As a result of the negligence and carelessness of the defendant COSTCO, the plaintiff TERRY L. HAZEN suffered the following serious and painful injuries, some or all of which may be permanent:

a) a torn right hamstring;

b) an altered gait due to the torn right hamstring;

3

c) right ankle pain due to this altered gait;

d) difficulty driving;

e) difficulty sitting at work;

f) decreased flexibility in right leg;

g) decreased strength in right leg;

h) painful physical therapy treatments;

i) difficulty sleeping;

j) increased hypersensitivity to touch;

k) disability and loss of function;

l) pain and suffering; and

m) shock and stress to her entire nervous system.

11) As a further result of these injuries, the plaintiff **TERRY L. HAZEN** has incurred and will continue to incur considerable expense for medical care and treatment, all to her financial loss.

12) As a further result of these injuries, the plaintiff **TERRY L. HAZEN** has suffered an impairment of her earning capacity.

13) As a further result of these injuries, the plaintiff TERRY L. HAZEN's ability to carry on and enjoy life's activities has been impaired.

WHEREFORE, the plaintiff TERRY L. HAZEN claims money damages within the jurisdiction of the Court.

THE PLAINTIFF

*James Wu* for
KOSKOFF, KOSKOFF & BIEDER, P.C.
One Moss Ave., Danbury, CT  06810
#106111      (203) 792-7100

PLEASE ENTER AN APPEARANCE FOR:

KOSKOFF, KOSKOFF & BIEDER, P.C.
792-7100

The amount, legal interest or property in demand is Two Thousand, Five Hundred Dollars ($2,500.00) or more, exclusive of interest and costs.